1  HANSON BRIDGETT LLP
   ALEXANDER J. BERLINE, SBN 158098
2  aberline@hansonbridgett.com
   CHRISTINE HILER, SBN 245331
3  chiler@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, California 94105
   Telephone:    (415) 777-3200
5  Facsimile:    (415) 541-9366

6  Attorneys for Specially Appearing Defendants
   AMERICAN HOME REALTY NETWORK,
7  INC., a Delaware corporation; and JONATHAN
   J. CARDELLA, an individual

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation,<br><br>           Plaintiffs,<br><br>     v.<br><br>AMERICAN HOME REALTY NETWORK, INC., a Delaware corporation, JONATHAN J. CARDELLA, an individual,<br><br>           Defendants. | CASE NO. CV 13 00360 SC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO (1) STAY OR CONTINUE THE HEARING DATE AND CORRESPONDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT; OR ALTERNATIVELY, (2) APPROVE THE PARTIES' STIPULATED EXTENSION OF DEFENDANTS' DEADLINE TO OPPOSE THE SAME, AND FURTHER EXTEND THE DEADLINE ONE-WEEK [LOCAL RULES 7-2, 7-3 & 7-11]**<br><br>Judge:     Hon. Samuel Conti<br>Crtm:      1, 17th Floor<br><br>Action Filed:   January 25, 2013<br>Trial Date:     T.B.D. |

4997904.1

[PROPOSED] ORDER GRANTING ADMIN. MTN TO STAY OR CONT. THE MSJ HEARING DATE & BRIEFING SCHED.; OR EXTEND DFTS' DEADLINE TO OPPOSE THE SAME; CASE NO. CV 13 00360 SC

1  Defendants American Home Realty Network, Inc. and Jonathan Cardella ("Defendants"),
2 submitted their Administrative Motion to (1) stay or continue the April 26, 2013 hearing on
3 Plaintiffs Travelers Casualty Insurance Company of America's and Travelers Indemnity Company
4 of Connecticut's ("Travelers'") motion for partial summary judgment ("MSJ"), and the
5 corresponding briefing schedule; or alternatively, (2) approve the parties' stipulation that
6 Defendants' deadline to oppose the MSJ is extended to March 14, 2013; and, if a decision cannot
7 be made on this motion by Friday, March 1, 2013, further extend Defendants' deadline to oppose
8 the MSJ to March 21, 2013, before the Honorable Samuel Conti of the above-entitled Court.
9  Having reviewed the pleadings and all papers filed herein and GOOD CAUSE appearing
10 therefore, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED.
11  IT IS HEREBY ORDERED that Travelers' MSJ is continued from April 26, 2013 to
12 ___May 24___, 2013 at 10:00 am in Courtroom 1, 17th Floor, 450 Golden Gate Avenue, San
13 Francisco, California 94102.
14  IT IS ALSO ORDERED that Defendants' deadline to oppose Travelers' MSJ is continued
15 to ___May 10___, 2013.
16  IT IS SO ORDERED.
17 Dated: February 27, 2013

_____
THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

4997904.1

-1-
[PROPOSED] ORDER GRANTING ADMIN. MTN TO STAY OR CONT. THE MSJ HEARING DATE &
BRIEFING SCHED.; OR EXTEND DFTS' DEADLINE TO OPPOSE THE SAME; CASE NO. CV 13 00360 SC