```
 1  SEDGWICK LLP
    Bruce D. Celebrezze (State Bar No. 102181)
 2  bruce.celebrezze@sedgwicklaw.com
    Nicholas J. Boos (State Bar No. 233399)
 3  nicholas.boos@sedgwicklaw.com
    333 Bush Street, 30th Floor
 4  San Francisco, California 94104
    Telephone: (415) 781-7900
 5  Facsimile:  (415) 781-2635

 6  Attorneys for Plaintiffs and Counterdefendants
    TRAVELERS CASUALTY INSURANCE
 7  COMPANY OF AMERICA and TRAVELERS
    INDEMNITY COMPANY OF CONNECTICUT
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation, and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME REALTY NETWORK, INC., a Delaware corporation, JONATHAN J. CARDELLA, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. 3:13-cv-00360 SC<br>(Related to Case No. 3:13-cv-00984 SC)<br><br>STIPULATION ENLARGING TIME FOR TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA AND TRAVELERS INDEMNITY COMPANY OF CONNECTICUT TO ANSWER COUNTERCLAIM<br><br>Judge:    Hon. Samuel Conti |

Plaintiffs and counterdefendants Travelers Casualty Insurance Company of America and Travelers Indemnity Company of Connecticut (collectively, "Travelers"), and defendants and counterclaimants American Home Realty Network, Inc., ("AHRN") and Jonathan J. Cardella ("Cardella"), through their undersigned counsel of record, pursuant to Civil Local Rule 6-1(a), stipulate as follows:

WHEREAS, Travelers filed its complaint in this case against AHRN and Cardella on January 25, 2013;

WHEREAS, AHRN's and Cardella's motion to dismiss or partially dismiss Travelers' complaint was denied by order dated April 29, 2013;

WHEREAS, AHRN and Cardella filed their answer and counterclaim on May 14, 2013;

WHEREAS, Travelers' answer to AHRN's and Cardella's counterclaim currently is due June 4, 2013, but Travelers seeks an additional 7 days, or until June 11, 2013, to file its answer;

WHEREAS, Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure states in part that, if a pleading is one to which a responsive pleading is required, it may be amended once as a matter of course with 21 days after service of a responsive pleading; and

WHEREAS the enlargement of time stipulated to herein will not alter the date of any event or any deadline already fixed by Court order.

## STIPULATION

NOW THEREFORE, it is agreed and stipulated by and between Travelers and AHRN and Cardella, by and through their respective undersigned counsel of record, as follows:

1. Travelers shall have until June 11, 2013, to answer the counterclaim filed by AHRN and Cardella; and

2. In accordance with Rule 15(a)(1)(B), AHRN and Cardella shall have until July 2, 2013 to file an amended counterclaim, if they deem necessary.

IT IS SO STIPULATED.

Dated: June 3, 2013                    SEDGWICK LLP


By: /s/ Nicholas J. Boos
    Bruce D. Celebrezze
    Nicholas J. Boos
    Attorneys for Plaintiffs and Counterdefendant
    TRAVELERS CASUALTY INSURANCE
    COMPANY OF AMERICA and TRAVELERS
    INDEMNITY COMPANY OF CONNECTICUT

| | |
|---|---|
| 1  Dated: June 3, 2013 | HANSON BRIDGETT LLP |

By: /s/ Alexander J. Berline
    Alexander J. Berline
    Christine E. Hiler
    Attorneys for Defendants and Counterclaimants
    AMERICAN HOME REALTY NETWORK, INC.
    and JONATHAN J. CARDELLA



06/04/2013

IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA