UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation, and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME REALTY NETWORK INC., a Delaware corporation, JONATHAN J. CARDELLA, an individual,<br><br>Defendants. | Case No. 3:13-cv-00360 SC<br>(Related to Case No. 3:13-cv-00984 SC)<br><br>ORDER GRANTING PLAINTIFFS' AND COUNTERDEFENDANTS' ADMINISTRATIVE MOTION FOR ENTRY OF PROTECTIVE ORDER<br><br>Judge:   Hon. Samuel Conti |

An administrative motion for the entry of a protective order has been filed by plaintiffs and counterdefendants Travelers Casualty Insurance Company of America, Travelers Indemnity Company of Connecticut, and Travelers Property Casualty Company of America (collectively, "Travelers") pursuant to Civil Local Rule 7-11.  After considering the papers filed in support and in opposition to the motion, and the file and record in this case, **IT IS HEREBY ORDERED THAT**:

///

///

///

SF/3872869v1

ORDER GRANTING MOTION FOR ENTRY OF PROTECTIVE ORDER

3:13-cv-00360 SC

1   Travelers' administrative motion for a protective order is GRANTED.  The Court will
2   enter the proposed protective order submitted by Travelers with its administrative motion.
3
4   **IT IS SO ORDERED**
5
    DATED: ____July 23_____, 2013        _____
6                                          UNITED STATES DISTRICT COURT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SF/3872869v1

2