1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11   TRAVELERS CASUALTY INSURANCE            Case No. 3:13-cv-00360 SC
     COMPANY OF AMERICA, a Connecticut       (Related to Case No. 3:13-cv-00984 SC)
     corporation, and TRAVELERS INDEMNITY
12   COMPANY OF CONNECTICUT, a               ORDER GRANTING PLAINTIFFS' AND
     Connecticut corporation,                COUNTERDEFENDANTS'
13                                           ADMINISTRATIVE MOTION FOR ENTRY
                                             OF PROTECTIVE ORDER
14                    Plaintiffs,

15        v.                                 Judge:    Hon. Samuel Conti

16   AMERICAN HOME REALTY NETWORK
     INC., a Delaware corporation, JONATHAN J.
17   CARDELLA, an individual,

18                    Defendants.

19        An administrative motion for the entry of a protective order has been filed by plaintiffs

20   and counterdefendants Travelers Casualty Insurance Company of America, Travelers Indemnity

21   Company of Connecticut, and Travelers Property Casualty Company of America (collectively,

22   "Travelers") pursuant to Civil Local Rule 7-11.  After considering the papers filed in support

23   and in opposition to the motion, and the file and record in this case, **IT IS HEREBY**

24   **ORDERED THAT**:

25   ///

26   ///

27   ///

28

SF/3872869v1

ORDER GRANTING MOTION FOR ENTRY OF PROTECTIVE ORDER

3:13-cv-00360 SC

Travelers' administrative motion for a protective order is GRANTED.  The Court will enter the proposed protective order submitted by Travelers with its administrative motion.

**IT IS SO ORDERED**

DATED: _July 23_____, 2013

_____
UNITED STATES DISTRICT COURT JUDGE