United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE, | No. C-13-00360 SC (DMR) |
| Plaintiffs, | **ORDER ON JOINT DISCOVERY LETTER [DOCKET NO. 87]** |
| v. | |
| AMERICAN HOME REALTY, | |
| Defendants. | |
| _____/ | |

On October 9, 2013, Plaintiffs Travelers Casualty Insurance Company of America, et al. ("Travelers") and Defendants American Home Realty Network, Inc. and Jonathan Cardella ("AHRN") filed a joint discovery letter brief regarding their disputes involving documents produced in three underlying actions. Protective orders have been entered in all three of those cases. [Docket No. 87.] The court conducted a hearing on the matter on October 31, 2013. This order summarizes the rulings made by the court on the record during the hearing.

**I.     Categories 1 and 2**

The first two categories of documents from the underlying actions at issue are 1) documents not marked confidential or attorneys' eyes only, or marked as confidential/attorneys' eyes only by AHRN; and 2) documents the underlying plaintiffs marked as confidential/attorneys' eyes only. All documents in these two categories shall be produced to Travelers on a rolling basis, within seven days of their production in the underlying actions. AHRN is responsible for obtaining permission

from the underlying plaintiffs to view Category 2 documents. Travelers has already obtained permission to view Category 2 documents.

## II. Category 3

The third category involves documents produced by third parties and designated as confidential/attorneys' eyes only. The parties shall meet and confer regarding the third party subpoenas and which responsive documents are relevant to and therefore should be produced in this action. The parties shall also decide upon a process by which such documents should be produced. If the parties are unable to reach agreements regarding Category 3 documents, they shall submit a joint letter in accordance with this court's Standing Order regarding discovery disputes.

IT IS SO ORDERED.

Dated: November 1, 2013



_____
DONNA M. RYU
United States Magistrate Judge