**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, ET AL,

        Plaintiff(s),

    v.

AMERICAN HOME REALTY NETWORK, INC.

        Defendant(s).

_____/

No. C-13-00360-SC  (DMR)

**NOTICE AND ORDER SETTING HEARING ON JOINT DISCOVERY LETTER**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The court is in receipt of the parties' joint letter regarding their discovery dispute (Docket No. 95).  You are hereby notified that a hearing regarding the dispute is set for **March 13, 2014 at 11:00 a.m.,** Courtroom No. 4, Third Floor,  U.S. District Court, 1301 Clay Street, Oakland, California 94612.

    IT IS SO ORDERED.

Dated:  March 4, 2014

_____
DONNA M. RYU
United States Magistrate Judge