IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,<br><br>          Plaintiffs,<br><br>     v.<br><br>AMERICAN HOME REALTY NETWORK, INC. and JONATHAN J. CARDELLA,<br><br>          Defendants. | Case Nos. C-13-0360 SC<br>          C-13-0984 SC<br><br>ORDER RE: ADMINISTRATIVE MOTION |
| AMERICAN HOME REALTY NETWORK, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,<br><br>          Defendants. |  |

Defendants/Counterclaimants American Home Realty Network, Inc. and Jonathan J. Cardella filed an administrative motion asking the Court to (1) hear the pending motion to stay on March 21, 2014 (or earlier) instead of April 4, 2014; (2) move a discovery motion hearing set before Magistrate Judge Ryu; or (3) if the Court is unable to hear the pending motion to stay, to continue all discovery and pre-trial deadlines.

The Court moves the pending motion to stay's hearing date to March 21, 2014.  No other dates will change, and the motion will be deemed submitted on the papers after the movants submit a reply brief.  The Court declines to move Judge Ryu's hearing.  The Court also declines to adjust any discovery or pre-trial deadlines.

IT IS SO ORDERED.

Dated: March 12, 2014

UNITED STATES DISTRICT JUDGE