| | |
|---|---|
| SEDGWICK LLP<br>Bruce D. Celebrezze, SBN 102181<br>Nicholas J. Boos, SBN 233399<br>333 Bush Street, 30th Floor<br>San Francisco, California 94104<br>Telephone: (415) 781-7900<br>Facsimile:  (415) 781-2635 | HANSON BRIDGETT LLP<br>Alexander J. Berline, SBN 158098<br>Christine Hiler, SBN 245331<br>425 Market Street, 26th Floor<br>San Francisco, California 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366 |
| Attorneys for Plaintiffs and Counterdefendants<br>TRAVELERS CASUALTY INSURANCE<br>COMPANY OF AMERICA, TRAVELERS<br>INDEMNITY COMPANY OF CONNECTICUT,<br>and THE TRAVELERS PROPERTY<br>CASUALTY COMPANY OF AMERICA | Attorneys for Defendants and<br>Counterclaimants AMERICAN HOME<br>REALTY NETWORK, INC. and<br>JONATHAN J. CARDELLA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation, and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>                    Plaintiffs,<br><br>         v.<br><br>AMERICAN HOME REALTY NETWORK, INC., a Delaware corporation, JONATHAN J. CARDELLA, an individual,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. 3:13-cv-00360 SC<br><br>(Related to Case No. 3:13-cv-00984 SC)<br><br>**STIPULATION OF DISMISSAL OF COMPLAINT AND COUNTERCLAIM**<br><br>**[FED. R. CIV. P. 41(a)(1)(A)(ii)]** |

Plaintiffs and counterdefendants Travelers Casualty Insurance Company of America, Travelers Indemnity Company of Connecticut, and The Travelers Property Casualty Company of America and defendants and counterclaimants American Home Realty Network, Inc. and Jonathan J. Cardella, by and through their counsel of record, hereby stipulate that the above-captioned action be dismissed with prejudice in its entirety, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

1  Civil Procedure, and request that the Court so order.  Each party shall bear his or its own attorneys'
2  fees and costs.
3         IT IS SO STIPULATED.

6  DATED:  September 11, 2015                SEDGWICK LLP

8                                            By:    /s/ Bruce D. Celebrezze
9                                                   Bruce D. Celebrezze
                                                    Nicholas J. Boos
10                                                  Attorneys for Plaintiffs and Counterdefendants
                                                    TRAVELERS CASUALTY INSURANCE
11                                                  COMPANY OF AMERICA, TRAVELERS
                                                    INDEMNITY COMPANY OF CONNECTICUT,
12                                                  and THE TRAVELERS PROPERTY
13                                                  CASUALTY COMPANY OF AMERICA

14  DATED:  September 11, 2015               HANSON BRIDGETT LLP

16                                            By:    /s/ Alexander J. Berline
17                                                   Alexander J. Berline
                                                     Attorneys for Defendants and Counterclaimants
18                                                   AMERICAN HOME REALTY NETWORK,
19                                                   INC. and JONATHAN J. CARDELLA

*Attestation Regarding Signatures: Pursuant to Civil L.R. 5-1(i), Bruce D. Celebrezze hereby attests that concurrence in the filing of the document has been obtained from each of the other signatories identified above, which shall serve in lieu of their signatures on the document.*

[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — 9/15/2015 — IT IS SO ORDERED — Judge Samuel Conti]